Timothy J. Walton (State Bar No. 184292)
LAW OFFICES OF TIMOTHY WALTON
801 Woodside Road, Suite 11
Redwood City, CA 93061
Phone: (650) 216-9800
Fax: (650) 618-8687
Email: ecf.uscourts.gov@computercounsel.com

Attorneys for Plaintiff
ANDREW W.

Claire Cunningham
OFFICE OF COUNTY COUNSEL
400 County Center
Redwood City, CA 94063
Phone: (650) 363-4250
Fax: (650) 363-4034
Email: ccunningham@co.sanmateo.ca.us

Attorneys for Defendant
MENLO PARK CITY SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ANDREW W., | Case No.: C 10-00292 |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**; SETTING DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| MENLO PARK CITY SCHOOL DISTRICT, et al., | |
| Defendants. | |

---

STIPULATION AND PROPOSED ORDER
CONTINUING CASE MANAGEMENT CONFERENCE

1  Plaintiff filed the instant action and served Defendant MENLO PARK CITY SCHOOL
2  DISTRICT. Defendant has filed a Motion to Dismiss, and Plaintiff will file an amended
3  complaint addressing the issues raised in the Motion to Dismiss. Counsel for the parties have met
4  and conferred pursuant to Rule 26.
5  
6  The parties agree to a continuance of the initial case management conference currently
7  calendared for April 30, 2010, as the case will not be at issue on that date.

10  DATED: April 19, 2010                    LAW OFFICES OF TIMOTHY WALTON

                                             BY: _____
                                             TIMOTHY J. WALTON
                                             Attorneys for the Plaintiff

15  DATED: April 19, 2010                    COUNTY COUNSEL

                                             BY: _____
                                             CLAIRE CUNNINGHAM
                                             Attorneys for the Defendant

20  THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.  Specifically,
21  The Case Management Conference is CONTINUED to June 25, 2010.  Further, plaintiff is
    DIRECTED to file his First Amended Complaint, if any, no later than May 7, 2010.
22  DATED: April 20, 2010

                                             _____
                                             United States District Court Judge

2
**STIPULATION AND PROPOSED ORDER**
**CONTINUING CASE MANAGEMENT CONFERENCE**