Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
3145 Geary Blvd. #225
San Francisco, CA 94118
Phone: (415) 869-2873
Fax: (415) 869-2873
Email: legal@danbalsam.com

Attorneys for Plaintiff
ANDREW W.

Claire Cunningham
OFFICE OF COUNTY COUNSEL
400 County Center
Redwood City, CA 94063
Phone: (650) 363-4250
Fax: (650) 363-4034
Email: ccunningham@co.sanmateo.ca.us

Attorneys for Defendant
MENLO PARK CITY SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ANDREW W., | Case No.: C 10-00292 |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION AND THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MENLO PARK CITY SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

Plaintiff Andrew W., a minor, filed the instant action and has filed an amended complaint which adds a new defendant. Andrew W. has not yet served new defendant OFFICE OF ADMINISTRATIVE HEARINGS ("OAH"), but service should occur within the next week. Defendant MENLO PARK CITY SCHOOL DISTRICT has filed a Motion to Strike and a Motion to Dismiss, to be heard July 9, 2010, so the case will not be at issue by the time of the scheduled case management conference or before the deadline to complete the Early Neutral Evaluation.

Counsel for the parties have met and conferred pursuant to Rule 26.

The Parties agree to a continuance of the initial case management conference currently calendared for June 25, 2010. The Parties also request an extension of time to complete the Early Neutral Evaluation so that the newly added defendant, OAH, may participate.

DATED: May 28, 2010                      LAW OFFICES OF DANIEL L. BALSAM

                                         BY: /s/ Daniel L. Balsam
                                         DANIEL L. BALSAM
                                         Attorneys for the Plaintiff

DATED: May 28, 2010                      COUNTY COUNSEL

                                         BY: /s/
                                         CLAIRE CUNNINGHAM
                                         Attorneys for the Defendant

THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED. Specifically, the Case Management Conference is CONTINUED to August 27, 2010, at which time the deadline
DATED: June 4, 2010                      to complete Early Neutral Evaluation will be set.

                                         /s/ Maxine M. Chesney
                                         United States District Court Judge

2
**STIPULATION AND PROPOSED ORDER
CONTINUING CASE MANAGEMENT CONFERENCE**