IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW W., a minor residing in Menlo Park, California, by and through his guardian Timothy Walton,<br><br>    Plaintiff,<br><br>  v.<br><br>MENLO PARK CITY SCHOOL DISTRICT, et al.,<br><br>    Defendants.<br>_____/ | No. C-10-0292 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT OFFICE OF ADMINISTRATIVE HEARING'S MOTION TO DISMISS; VACATING HEARING** |

    Before the Court is the "Motion to Dismiss of Defendant Office of Administrative Hearings," filed July 16, 2010.

    By order filed July 29, 2010, the Court, upon motion filed by defendant Menlo Park City School District, struck from the First Amended Complaint each claim alleged against the Offfice of Administrative Hearings.

    Accordingly, the instant motion to dismiss is hereby DENIED as moot.[1]

    **IT IS SO ORDERED.**

Dated: August 4, 2010

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] The August 20, 2010 hearing is VACATED.